■ SHARON CRONIN, Respondent, v MICHAEL CRONIN, Appellant. [614 NYS2d 964] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Loewy, J.H.O. (Appeal from Judgment of Supreme Court, Nassau County, Loewy, J.H.O.—Divorce.) Present—Green, J. P., Balio, Fallon, Doerr and Boehm, JJ.